# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MACPHERSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US, LLC; AUTONATION CHRYSLER DODGE JEEP RAM ROSEVLLE; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:23-CV-00721-TLN-KJN<br><br>District Judge: Troy L. Nunley<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff SCOTT MACPHERSON ("Plaintiff") accepted FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 January 31, 2024.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $153,902.80 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: April 2, 2024

_____
Troy L. Nunley
United States District Judge