# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MACPHERSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:23-cv-00721-TLN-CSK<br><br>District Judge: Troy L. Nunley<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff SCOTT MACPHERSON ("Plaintiff") and Defendant FCA US LLC have agreed FCA US LLC will pay $13,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

　　Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $13,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by September 16, 2024. Plaintiff's withdraw their Bill of Costs and Fee Motion. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

　　**IT IS SO ORDERED.**

Date: July 17, 2024

_____
Troy L. Nunley
United States District Judge

1
**ORDER**